UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| GUSTAVO PARTIDA,<br><br>　　　　　　Plaintiff,<br><br>　　v.<br><br>ALEXANDER LIU, et al.,<br><br>　　　　　　Defendants. | No.  2:16-cv-2630 AC P<br><br><br>ORDER |

　　　　Plaintiff is a state prisoner proceeding pro se with a civil rights action pursuant to 42 U.S.C. § 1983.  By order filed November 9, 2016, plaintiff was given thirty days to file an application to proceed in forma pauperis or pay the required fees in the amount of $400.00.  ECF No. 3.  Thirty days have now passed and plaintiff has not filed an application to proceed in forma pauperis, paid the fees, or otherwise responded to the order.

　　　　Accordingly, IT IS HEREBY ORDERED that plaintiff shall have thirty days from the date of this order to file an application to proceed in forma pauperis or pay the required fees in the amount of $400.00.  Failure to comply with this order will result in dismissal of this action.

DATED: December 27, 2016

　　　　　　　　　　　　　　　　　　　　　　　　　／s／ Allison Claire
　　　　　　　　　　　　　　　　　　　　　　　ALLISON CLAIRE
　　　　　　　　　　　　　　　　　　　　　　　UNITED STATES MAGISTRATE JUDGE