UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| GUSTAVO PARTIDA,<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>ALEXANDER LIU, et al.,<br><br>　　　　　Defendants. | No. 2:16-cv-2630 AC P<br><br>ORDER |

　　　Plaintiff, a state prisoner proceeding pro se, has consented to the jurisdiction of the undersigned magistrate judge for all purposes pursuant to 28 U.S.C. § 636(c) and Local Rule 305(a). ECF No. 4. By order filed November 9, 2016, plaintiff was ordered to file a completed in forma pauperis application or pay the filing fee. ECF No. 3. After failing to comply with the order, plaintiff was given an additional thirty days to submit an application to proceed in forma pauperis or pay the filing fee, and was cautioned that failure to do so would result in dismissal of this action. ECF No. 5. The thirty day period has now expired, and plaintiff has not filed an in forma pauperis application, paid the filing fee, or otherwise responded to the order.

　　　Accordingly, IT IS HEREBY ORDERED this action is dismissed without prejudice.

DATED: February 9, 2017

　　　　　　　　　　　　　　　　　　　　　　　／s／ Allison Claire
　　　　　　　　　　　　　　　　　　　　　　　ALLISON CLAIRE
　　　　　　　　　　　　　　　　　　　　　　　UNITED STATES MAGISTRATE JUDGE